1
2
3
4

**F I L E D**
CLERK, U.S. DISTRICT COURT

2/26/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ asi ___ DEPUTY

5
6
7

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                October 2024 Grand Jury

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CR 2:25-cr-00132-MCS |
| 12              Plaintiff, | I N D I C T M E N T |
| 13              v. | [18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and |
| 14  ZIHIRR MITCHELL,<br>     aka "Bricc Baby," | Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal |
| 15      aka "Big Shitty,"<br>     aka "MPA Shitro," | Forfeiture] |
| 16      aka "Shitty Montana,"<br>     aka "Bricc Baby Shitro," | |
| 17 | |
| 18              Defendant. | |

19        The Grand Jury charges:

20                      COUNT ONE

21                 [18 U.S.C. § 922(g)(1)]

22        On or about July 12, 2022, in Los Angeles County, within the

23  Central District of California, defendant ZIHIRR MITCHELL, also known

24  as ("aka") "Bricc Baby," aka "Big Shitty," aka "MPA Shitro," aka

25  "Shitty Montana," aka "Bricc Baby Shitro," knowingly possessed

26  ammunition, namely, three rounds of Speer, 9mm Luger caliber

27  ammunition – which was expelled from a firearm that he possessed and

28

shot in a business parking lot – in and affecting interstate and foreign commerce.

Defendant MITCHELL possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Reckless Evading, in violation of California Vehicle Section 2800.2(a), in the Superior Court of the State of California, County of Los Angeles, Case Number BA368213, on or about April 16, 2010;

2. Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number SA079886, on or about December 6, 2012;

3. Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number SA085626, on or about February 4, 2014;

4. Criminal Threats, in violation of California Penal Code Section 422(a), in the Superior Court of the State of California, County of Los Angeles, Case Number BA433220, on or about August 2, 2016; and

5. Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, Case Number BA456220, on or about October 7, 2020.

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about June 23, 2023, in Los Angeles County, within the Central District of California, defendant ZIHIRR MITCHELL, also known as ("aka") "Bricc Baby," aka "Big Shitty," aka "MPA Shitro," aka "Shitty Montana," aka "Bricc Baby Shitro," knowingly possessed the following firearms and ammunition, each in and affecting interstate and foreign commerce:

(1)  a Ruger, model LCP, .380 caliber pistol, bearing serial number 379057941;

(2)  a Canik, model TP9SF, 9mm caliber pistol, bearing serial number 19AT00966;

(3)  a RADOM, model Hellpup, 5.56x45 caliber pistol, bearing serial number PAC117473522;

(4)  approximately twenty-six rounds of Cascade Cartridge Inc., 9mm caliber ammunition;

(5)  approximately thirty-two rounds of Lake City, 5.56 caliber ammunition;

(6)  approximately six rounds of Giulio Fiocchi, Lecco, .380 caliber ammunition;

(7)  approximately thirty-one rounds of Remington Peters, 5.56 caliber ammunition;

(8)  approximately thirty-six rounds of Hornady, 5.56 caliber ammunition;

(9)  one round of Speer, .45 caliber ammunition; and

(10) one round of Precision Made Cartridges, .45 caliber ammunition.

Defendant MITCHELL possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.    Reckless Evading, in violation of California Vehicle Section 2800.2(a), in the Superior Court of the State of California, County of Los Angeles, Case Number BA368213, on or about April 16, 2010;

2.    Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number SA079886, on or about December 6, 2012;

3.    Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number SA085626, on or about February 4, 2014;

4.    Criminal Threats, in violation of California Penal Code Section 422(a), in the Superior Court of the State of California, County of Los Angeles, Case Number BA433220, on or about August 2, 2016; and

5.    Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, Case Number BA456220, on or about October 7, 2020.

1                               FORFEITURE ALLEGATION

2                      [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

3          1.     Pursuant to Rule 32.2 of the Federal Rules of Criminal

4    Procedure, notice is hereby given that the United States of America

5    will seek forfeiture as part of any sentence, pursuant to Title 18,

6    United States Code, Section 924(d)(1), and Title 28, United States

7    Code, Section 2461(c), in the event of the defendant's conviction of

8    the offenses set forth in any of Counts One or Two of this

9    Indictment.

10         2.     The defendant, if so convicted, shall forfeit to the United

11   States of America the following:

12              a.     All right, title, and interest in any firearm or

13   ammunition involved in or used in such offense; and

14              b.     To the extent such property is not available for

15   forfeiture, a sum of money equal to the total value of the property

16   described in subparagraph (a).

17         3.     Pursuant to Title 21, United States Code, Section 853(p),

18   as incorporated by Title 28, United States Code, Section 2461(c), the

19   defendant, if so convicted, shall forfeit substitute property, up to

20   the value of the property described in the preceding paragraph if, as

21   the result of any act or omission of the defendant, the property

22   described in the preceding paragraph or any portion thereof (a)

23   cannot be located upon the exercise of due diligence; (b) has been

24   transferred, sold to, or deposited with a third party; (c) has been

25   placed beyond the jurisdiction of the court; (d) has been

26   //

27   //

28   //

1  substantially diminished in value; or (e) has been commingled with

2  other property that cannot be divided without difficulty.

3                                          A TRUE BILL

4

5                                          /S/
                                           _____
6                                          Foreperson

7  JOSEPH T. MCNALLY
   Acting United States Attorney
8

9  *Lindsey Greer Dotson*

10 LINDSEY GREER DOTSON
   Assistant United States Attorney
11 Chief, Criminal Division

12 JOSHUA O. MAUSNER
   Assistant United States Attorney
13 Chief, Violent & Organized Crime
   Section
14
   KEVIN J. BUTLER
15 Assistant United States Attorney
   Deputy Chief, Violent & Organized
16 Crime Section

17 JENA A. MACCABE
   Assistant United States Attorney
18 Violent & Organized Crime Section

19

20

21

22

23

24

25

26

27

28