UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

F I L E D
CLERK, U.S. DISTRICT COURT
2/26/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       PLAINTIFF<br><br>  v.<br><br>ZIHIRR MITCHELL,<br> aka "Bricc Baby,"<br> aka "Big Shitty,"<br> aka "MPA Shitro,"<br> aka "Shitty Montana,"<br> aka "Bricc Baby Shitro,"<br><br>       DEFENDANT(S) | CASE NUMBER<br><br>CR 2:25-cr-00132-MCS<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

  Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

  <u>United States v. CHRISTIAN FORBES</u>, Case No. CR 24-CR-00576-FLA, which:

  __X__  was previously assigned to the Honorable Fernando L. Aenlle-Rocha;

  _____  has not been previously assigned.

The above-entitled cases may be related for the following reasons:

  __X__  the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

  _____  the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

  Additional explanation (if any):  Both cases charge firearm offenses arising from the same investigation into the Rollin' 60s Neighborhood Crips street gang, of which both defendants are members or associates.  Both indictments rely on evidence that ultimately led to a Title III wiretap in Case 22-cm-221-FLA on several Rollin' 60s' telephones, including defendant MITCHELL's.  The FBI plans to arrest both defendants on the same date as part of the Rollin' 60s takedown, and common discovery will be produced in the cases.

Dated: February 25, 2025

                        */s/ Jena A. Maccabe*
                        JENA A. MACCABE
                        Assistant United States Attorney